<u>IN THE COMMONWEALTH COURT OF PENNSYLVANIA</u>

| | | |
|---|---|---|
| J.V. Lounge, Inc. | : | |
| | : | |
| v. | : | |
| | : | |
| Pennsylvania Liquor | : | |
| Control Board, | : | No. 824 C.D. 2015 |
| Appellant | : | |

<u>O R D E R</u>

AND NOW, this 5th day of February, 2016, it is ORDERED that the above-captioned opinion filed December 10, 2015, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.


_____
ANNE E. COVEY, Judge